UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, a California corporation, d/b/a BLANCHARD,<br>Plaintiff,<br>v.<br>JUDD HOEKSTRA, an individual, et al.,<br>Defendants. | Case No.: 26-CV-639 JLS (VET)<br>**ORDER (1) CONSTRUING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AS A MOTION FOR PRELIMINARY INJUNCTION AND (2) SETTING BRIEFING SCHEDULE ON MOTION**<br>(ECF No. 52) |

Presently before the Court is the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Mot.," ECF No. 52). Plaintiff filed its Complaint nearly ten months ago, *see* ECF No. 1, and discovered the alleged misappropriation an entire year ago. *See* Mot., Ex. 4 ¶ 10. Plaintiff's delay indicates a lack of exigency, and the Court declines to create an emergency where one does not exist. *See Thomas v. Deutsche Bank Nat. Tr.*, No. C 12-00472 CRB, 2012 WL 821973, at *3 (N.D. Cal. Mar. 9, 2012) ("Delay in seeking injunctive relief can imply a lack of urgency and irreparable harm, and weighs against the propriety of such relief.") (citing *Miller ex rel. NLRB v. Cal. Pac. Med. Ctr.*, 991 F.2d 536, 544 (9th Cir.1993)); *Lydo Enters. v. City of Las Vegas*, 745 F.2d 1211, 1213 (9th Cir. 1984)). The Court thus construes Plaintiff's Motion as one only for a preliminary

injunction. The Court **SETS** the following briefing schedule on the Motion: Defendants **SHALL FILE** oppositions by December 7, 2026, and Plaintiff **MAY FILE** a reply by December 14, 2026.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge